1  William G. Jungbauer
   Don C. Aldrich, *Of Counsel*
2  Yaeger, Jungbauer & Barczak, PLC
   745 Kasota Ave.
3  Minneapolis, MN 55414
   612-333-6371 (P)
4  612-333-3619 (F)
   wjungbauer@yjblaw.com
5  daldrich@yjblaw.com

6  Isabel M. Humphrey, Esq.
   HUNTER, HUMPHREY & YAVITZ, PLC
7  Three Gateway 410 North 44th Street, Suite 320
   Phoenix, Arizona 85008 Telephone: 602-275-7733 x103
8  Direct Fax: 480-452-1374
   isabel@hhylaw.com
9
   Attorneys for Plaintiff Owens
10

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Brennon Owens, | Case No. CV07-0817-PCT-JAT |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL** |
| ABITIBI Consolidated Sales Corporation, a Delaware Corporation, The Apache Railway Company, an Arizona Corporation | |
| Defendant. | |

COME NOW PLAINTIFF AND DEFENDANTS in the above named matter who, having settled this case, move the court above named for dismissal with prejudice, all parties to bear their own costs.

Stipulation for Dismissal
Page 1

YAEGER, JUNGBAUER &
BARCZAK, PLC
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371

1  Respectfully submitted,

2  **YAEGER, JUNGBAUER & BARCZAK, PLC**

3

4  Dated: April 22, 2009                    /s/: Don C. Aldrich
                                            William G. Jungbauer
5                                           Don C. Aldrich, *Of Counsel*
                                            745 Kasota Avenue
6                                           Minneapolis, MN 55414
                                            (612) 333-6371 Fax: (612) 333-3619
7

8                                           Isabel M. Humphrey, Esq.
                                            **HUNTER, HUMPHREY & YAVITZ, PLC**
9                                           Three Gateway 410 North 44th Street, Suite 320
                                            Phoenix, Arizona 85008
10                                          (602) 275-7733 x103 Fax: (480) 452-1374

11
                                            **ATTORNEYS FOR PLAINTIFF**
12
                                            **BURCH & CRACCIOLO, P.A.**
13

14  Dated: April 22, 2009                   /s/: Keith A. Olbricht
                                            Keith A. Olbricht
15                                          PO Box 16882
                                            Phoenix, AZ 85011
16                                          (602) 274-7611 Fax: (602) 234-0341

17                                          **ATTORNEYS FOR DEFENDANTS**

18

19

20

21

22

23

24

25

26                                                      YAEGER, JUNGBAUER &
                                                        BARCZAK, PLC
27                                                      745 Kasota Avenue
    Stipulation for Dismissal                           Minneapolis, MN 55414
28  Page 2                                              (612) 333-6371