1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

9
10
11
12
13
14
15

| | | |
|---|---|---|
| Brennon Owens | ) | Case No. <u>CV 07-0817-PCT-JAT</u> |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| ABITIBI Consolidated Sales Corporation, | ) | |
| a Delaware Corporation, | ) | |
| The Apache Railway Company, | ) | |
| an Arizona Corporation | ) | |
| | ) | |
| Defendant. | ) | |

16
17
18
19
20
21
22
23
24
25
26
27
28

This matter having come before the Court on the Parties' Joint Stipulation for Dismissal (Doc. #25), and in consideration of all matters of record,

IT IS HEREBY ORDERED: Plaintiff's cause of action against all parties is dismissed, with prejudice, all parties to bear their own costs.

DATED this 23rd day of April, 2009.

_____
James A. Teilborg
United States District Judge